**624**

■

**Coleen Ramey HAYES, Appellant,**

v.

**William C. HAYES, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Sept. 20, 1974.

Appeal from Muhlenberg Circuit Court; Arthur T. Iler, Judge.

Alfred C. Ross, Greenville, Grant F. Knuckles, James S. Wilson, Pineville, for appellant.

Rees Kinney, Jarvis, Cornette & Payton, Greenville, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

■

**Michael PHILLIPS, Appellant,**

v.

**Harold E. BLACK, Superintendent, Kentucky State Reformatory, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Rehearing Denied Nov. 29, 1974.

Appeal from Oldham Circuit Court; George F. Williamson, Judge.

Anthony M. Wilhoit, Public Defender, Jim R. Early, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

**Pauline MERRITT, Appellant,**

v.

**COWDEN MANUFACTURING COMPANY, Appellee.**

**COWDEN MANUFACTURING COMPANY, Cross-Appellant,**

v.

**Pauline MERRITT and Workmen's Compensation Board, Cross-Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Rehearing Denied Nov. 29, 1974.

Appeal from Garrard Circuit Court; Henry C. Cox, Judge.

M. D. Harris, Harris & Wicker, Somerset, for appellants.

Elwood Rosenbaum, Rosenbaum & Smith, Lexington, for appellees.

Memorandum Opinion PER CURIAM, Reversing on Appeal, Affirming on Cross-Appeal.*

■

**GENERAL REFRACTORIES COMPANY et al., Appellants,**

v.

**Burl COX and Workmen's Compensation Board of Kentucky, Appellees.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Appeal from Carter Circuit Court; Ralph N. Walter, Judge.

Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, Thomas L. Ferreri, Dept. of Labor, Frankfort, for appellants.

Alvin B. Trigg, Lexington, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

* Opinion ordered not to be published.